# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Samary Carrasquillo-Romero,<br>　　　Plaintiff,<br><br>　　v.<br><br>Apple Automotive LLC,<br>Santander Consumer USA Inc.,<br>　　　Defendant. | No. 3:15cv-001403 (JAM) |

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before January 16, 2016. If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before January 16, 2016.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

The Clerk is directed to close this case.

It is so ordered.

Dated at New Haven this 18th day of December 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jeffrey Alker Meyer*
　　　　　　　　　　　　　　　　　　　　　　Jeffrey Alker Meyer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge