UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAMARY CARRASQUILLO-ROMERO | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:15-cv-1403-JAM |
| | : | |
| v. | : | |
| | : | |
| | : | |
| APPLE AUTOMOTIVE LLC and | : | |
| SANTANDER CONSUMER USA INC. | : | |
|     Defendants | : | JANUARY 5, 2016 |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Samary Carrasquillo-Romero, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

                                        PLAINTIFF, SAMARY CARRASQUILLO-ROMERO,

                                        By: /s/ *Daniel S. Blinn*
                                               Daniel S. Blinn (ct02188)
                                               Consumer Law Group, LLC
                                               35 Cold Spring Road, Suite 512
                                               Rocky Hill, Connecticut 06067
                                               Tel (860) 571-0408
                                               Fax (860) 571-7457
                                               dblinn@consumerlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 5th day of January, 2016, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            <u>/s/Daniel S. Blinn</u>
                                            Daniel S. Blinn